THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NW MONITORING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN L. HOLLANDER, et al.<br><br>Defendants. | Case No. 3:20-cv-05572-RSM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT JEFFERY PARKINSON, 4319 CONSULTING, INC., AND MARITAL COMMUNITY OF JEFFERY PARKINSON'S MOTION TO DISMISS** |

The Court, having considered defendant Jeffery Parkinson, 4319 Consulting, Inc., and Marital Community of Jeffery Parkinson's Motion to Dismiss for failure to state a claim on which relief can be granted, the Complaint in this action and the papers filed in support of and in opposition to the motion, and having heard counsel's oral argument, and being fully advised in the premises, now, therefore, it is hereby

ORDERED that defendants' motion to dismiss be, and the same hereby is, GRANTED; and it is further

ORDERED that plaintiff's claims against Dr. Parkinson, his marital community and 4319 Consulting as alleged in the Complaint be, and the same hereby is, dismissed with prejudice.

ORDER GRANTING DEFENDANT'S MOTION
TO DISMISS (NO. 3:20-CV-05572-RSM) – 1

149215014.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

DATED this _____ day of August, 2020.

_____
United States District Judge

Presented by:

s/ *David A. Perez*
David A. Perez, WSBA No. 43959
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
JEFFERY PARKINSON
and his COMMUNITY PROPERTY,
and 4319 CONSULTING, INC.

ORDER GRANTING DEFENDANT'S MOTION
TO DISMISS (NO. 3:20-CV-05572-RSM) – 2

149215014.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on August 12, 2020, I electronically filed the foregoing proposed ORDER GRANTING DEFENDANT'S MOTION TO DISMISS with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorney(s) of record:

| | |
|---|---|
| John E. Zehnder, Jr., WSBA #29440<br>johnz@zehnderllp.com<br>Joseph p. Zehnder, WSBA #28404<br>joez@zehnderllp.com<br>Zehnder Law LLP<br>6625 Wagner Way NW, Suite 203<br>Gig Harbor, WA 98335<br>Phone: 253-235-3536<br><br>Attorneys for Plaintiff<br>NW Monitoring LLC | ☐ U.S. Mail<br>☐ E-Mail<br>☒ E-File<br>☐ Hand Delivery<br>☐ Overnight Delivery |

DATED this 12th day of August, 2020.

s/ *David A. Perez*
David A. Perez, WSBA No. 43959
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendants
JEFFERY PARKINSON and his
COMMUNITY PROPERTY, and 4319
CONSULTING, INC.

CERTIFICATE OF SERVICE
(NO. 3:20-CV-05572-RSM) – 1

149215014.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000