THE HONORABLE RICARDO S. MARTINEZ

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT
OF WASHINGTON, TACOMA**

| | |
|---|---|
| NW MONITORING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN L. HOLLANDER, *et al.*,<br><br>Defendants. | Civil Action No. 3:20-cv-05572-RSM<br><br>STIPULATED MOTION AND ORDER REGARDING DISCOVERY AND FED. R. CIV. P. 26(f) DEADLINES<br><br>Noting Date: October 16, 2020 |

**STIPULATED MOTION REGARDING DISCOVERY
AND FED. R. CIV. P. 26(f) DEADLINES**

All Parties jointly file this Stipulated Motion Regarding Discovery and Fed. R. Civ. P. 26(f) Deadlines.

**BACKGROUND**

Plaintiff filed their Complaint (Dkt. 1) on June 16, 2020. On June 23, 2020, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement that set the deadline for the parties to conduct a Rule 26(f) conference as September 8, 2020; the deadline for

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 1
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

1  initial disclosures as September 14, 2020; and the deadline for filing a Combined Joint Status Report
2  under Rule 26(f) as September 21, 2020 (Dkt. 5).
3  On August 12, 2020, Defendants Jeffery D. Parkinson, 4319 Consulting, Inc., and the Marital
4  Community of Parkinson (defendants Parkinson) filed a Motion to Dismiss the complaint under Fed.
5  R. Civ. P. 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim for
6  relief, which, if granted, would be dispositive of the Complaint, and noted the motion on the Court's
7  calendar for September 11, 2020 (Dkt. 13).
8  On August 20, 2020, Defendants Susan L. Hollander and the Marital Community Comprised
9  of Susan L. Hollander (defendants Hollander) filed a Motion for Partial Dismissal of Plaintiff's
10 Complaint and joined in Defendant Parkinson's motion to dismiss and noted the motion on the
11 Court's calendar for September 11, 2020 (Dkt. 16).
12 On August 21, 2020, Defendant Charlene Wolfe (defendant Wolfe) filed a Joinder to the
13 Motion to Dismiss and Partial Motion to Dismiss (Dkt. 17 and 18).
14 On September 8, 2020, plaintiff filed an Opposition by Plaintiff in response to defendants'
15 motion to dismiss and partial motion to dismiss (Dkt. 19, 20, and 21).
16 On September 11, 2020, defendants Parkinson filed a reply in support of their motion to
17 dismiss (Dkt. 23) and defendant Hollander filed a reply in support of their motion for partial
18 dismissal (Dkt. 22).
19 On September 8, 2020, pursuant to an agreed request of counsel, the Court continued the
20 deadlines 45 days. The deadline to conduct a Rule 26(f) conference is now October 16, 2020; the
21 deadline for initial disclosures is now October 23, 2020; and the deadline for filing a Combined Joint
22 Status Report under Rule 26(f) is now October, 30, 2020.

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 2
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

Except as set forth above, no other pre-trial deadlines have been requested to date.

**MOTION**

Pursuant to Local Rule 7(d)(1), the parties jointly move that the Court enter an order as follows:

1. The deadline for the parties to conduct a Rule 26(f) conference shall be continued to the later of December 15, 2020, or fourteen (14) days after the Court issues a ruling on Defendants' Motions to Dismiss, if anything remains of the action at that time.

2. The deadline for the Defendants to file their respective Answers to the Complaint shall be twenty (20) days after the Court issues a ruling on Defendants' Motions to Dismiss.

3. The deadline for the parties to exchange initial disclosures shall be continued to seven (7) days after the continued Rule 26(f) conference deadline.

4. The deadline for the parties to submit a Joint Status Report to the Court shall be continued to fourteen (14) days after the continued Rule 26(f) deadline.

DATED October 15, 2020.    YOUNGLOVE & COKER, P.L.L.C.


　　　　　　　s/Gregory M. Rhodes
GREGORY M. RHODES, WSBA #33897
Attorney for Defendant Wolfe

DATED October 15, 2020.    PERKINS COIE, LLP


　　　　　　　s/Christian W. Marcelo
DAVID A. PEREZ, WSBA #43959
CHRISTIAN W. MARCELO, WSBA #51193
Attorneys for Defendants Parkinson and 4319 Consulting, Inc.

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 3
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

DATED October 15, 2020.                    BEAN LAW GROUP

                                               s/Matthew J. Bean
                                      MATTHEW J. BEAN, WSBA #23221
                                      CODY FENTON-ROBERTSON, WSBA #47879
                                      Attorneys for Defendants Hollander, M.D.

DATED October 15, 2020.                    ZEHNDER LAW LLP

                                               s/John E. Zehnder, Jr.
                                      JOHN E. ZEHNDER, WSBA #29440
                                      JOSEPH P. ZEHNDER JR., WSBA #28404
                                      Attorneys for Plaintiff NW Monitoring LLC

## ORDER

Pursuant to Stipulated Motion, IT IS SO ORDERED.

DATED this _____ day of October, 2020.

                                      Ricardo S. Martinez
                                      United States District Judge

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 4
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**John E. Zehnder, Jr.** and **Joseph P. Zehnder**
Zehnder Law LLP
Attorneys for Plaintiff
Email: johnz@zehnderllp.com and joez@zehnderllp.com

**Matthew J. Bean** and **Cody Fenton-Robertson**
Bean Law Group
Attorneys for Defendant Susan L. Hollander
Email: matt@beanlawgroup.com and cody@beanlawgroup.com

**Christian W. Marcelo** and **David A. Perez**
Perkins Coie LLP
Attorneys for Defendant Jeffery D. Parkinson
Email: CMarcelo@perkinscoie.com and DPerez@perkinscoie.com

DATED this 15th day of October, 2020.

/s Angie Dowell
Angie Dowell, Paralegal
Younglove & Coker, P.L.L.C.

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 5
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**