THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT
# OF WASHINGTON, TACOMA

| | |
|---|---|
| NW MONITORING LLC, a Delaware limited liability company,<br><br>                      Plaintiff,<br><br>v.<br><br>SUSAN L. HOLLANDER, *et al.*,<br><br>                      Defendants. | Civil Action No. 3:20-cv-05572-RSM<br><br>STIPULATED MOTION AND ORDER REGARDING DISCOVERY AND FED. R. CIV. P. 26(f) DEADLINES<br><br>Noting Date: October 16, 2020 |

## STIPULATED MOTION REGARDING DISCOVERY
## AND FED. R. CIV. P. 26(f) DEADLINES

All Parties jointly file this Stipulated Motion Regarding Discovery and Fed. R. Civ. P. 26(f) Deadlines.

## BACKGROUND

Plaintiff filed their Complaint (Dkt. 1) on June 16, 2020.  On June 23, 2020, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement that set the deadline

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 1
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

for the parties to conduct a Rule 26(f) conference as September 8, 2020; the deadline for initial disclosures as September 14, 2020; and the deadline for filing a Combined Joint Status Report under Rule 26(f) as September 21, 2020 (Dkt. 5).

On August 12, 2020, Defendants Jeffery D. Parkinson, 4319 Consulting, Inc., and the Marital Community of Parkinson (defendants Parkinson) filed a Motion to Dismiss the complaint under Fed. R. Civ. P. 12(b)(1) and 12(b)(6) for lack of subject matter jurisdiction and failure to state a claim for relief, which, if granted, would be dispositive of the Complaint, and noted the motion on the Court's calendar for September 11, 2020 (Dkt. 13).

On August 20, 2020, Defendants Susan L. Hollander and the Marital Community Comprised of Susan L. Hollander (defendants Hollander) filed a Motion for Partial Dismissal of Plaintiff's Complaint and joined in Defendant Parkinson's motion to dismiss and noted the motion on the Court's calendar for September 11, 2020 (Dkt. 16).

On August 21, 2020, Defendant Charlene Wolfe (defendant Wolfe) filed a Joinder to the Motion to Dismiss and Partial Motion to Dismiss (Dkt. 17 and 18).

On September 8, 2020, plaintiff filed an Opposition by Plaintiff in response to defendants' motion to dismiss and partial motion to dismiss (Dkt. 19, 20, and 21).

On September 11, 2020, defendants Parkinson filed a reply in support of their motion to dismiss (Dkt. 23) and defendant Hollander filed a reply in support of their motion for partial dismissal (Dkt. 22).

On September 8, 2020, pursuant to an agreed request of counsel, the Court continued the deadlines 45 days.  The deadline to conduct a Rule 26(f) conference is now October 16, 2020; the deadline for initial disclosures is now October 23, 2020; and the deadline for filing a Combined Joint

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 2
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

Status Report under Rule 26(f) is now October, 30, 2020.

Except as set forth above, no other pre-trial deadlines have been requested to date.

## MOTION

Pursuant to Local Rule 7(d)(1), the parties jointly move that the Court enter an order as follows:

1. The deadline for the parties to conduct a Rule 26(f) conference shall be continued to the later of December 15, 2020, or fourteen (14) days after the Court issues a ruling on Defendants' Motions to Dismiss, if anything remains of the action at that time.

2. The deadline for the Defendants to file their respective Answers to the Complaint shall be twenty (20) days after the Court issues a ruling on Defendants' Motions to Dismiss.

3. The deadline for the parties to exchange initial disclosures shall be continued to seven (7) days after the continued Rule 26(f) conference deadline.

4. The deadline for the parties to submit a Joint Status Report to the Court shall be continued to fourteen (14) days after the continued Rule 26(f) deadline.

DATED October 15, 2020.        YOUNGLOVE & COKER, P.L.L.C.

                                                               s/Gregory M. Rhodes
GREGORY M. RHODES, WSBA #33897
Attorney for Defendant Wolfe

DATED October 15, 2020.        PERKINS COIE, LLP

                                                               s/Christian W. Marcelo
DAVID A. PEREZ, WSBA #43959
CHRISTIAN W. MARCELO, WSBA #51193
Attorneys for Defendants Parkinson and 4319 Consulting, Inc.

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 3
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

| | | |
|---|---|---|
| 1 | DATED October 15, 2020. | BEAN LAW GROUP |
| 2 | | |
| 3 | | s/Matthew J. Bean<br>MATTHEW J. BEAN, WSBA #23221<br>CODY FENTON-ROBERTSON, WSBA #47879 |
| 4 | | Attorneys for Defendants Hollander, M.D. |
| 5 | DATED October 15, 2020. | ZEHNDER LAW LLP |

                                     s/John E. Zehnder, Jr.
JOHN E. ZEHNDER, WSBA #29440
JOSEPH P. ZEHNDER JR., WSBA #28404
Attorneys for Plaintiff NW Monitoring LLC

### ORDER

Pursuant to Stipulated Motion, IT IS SO ORDERED.

DATED this 16th day of October, 2020.

_[signature]_
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 4
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**John E. Zehnder, Jr.** and **Joseph P. Zehnder**
Zehnder Law LLP
Attorneys for Plaintiff
Email: johnz@zehnderllp.com and joez@zehnderllp.com

**Matthew J. Bean** and **Cody Fenton-Robertson**
Bean Law Group
Attorneys for Defendant Susan L. Hollander
Email: matt@beanlawgroup.com and cody@beanlawgroup.com

**Christian W. Marcelo** and **David A. Perez**
Perkins Coie LLP
Attorneys for Defendant Jeffery D. Parkinson
Email: CMarcelo@perkinscoie.com and DPerez@perkinscoie.com

DATED this 15th day of October, 2020.

/s Angie Dowell
Angie Dowell, Paralegal
Younglove & Coker, P.L.L.C.

STIP. MOTION & ORDER REGARDING DISCOVERY
AND RULE 26(F) DEADLINES – Page 5
Case No. 3:20-cv-05572-RSM
20135-001

**YOUNGLOVE & COKER, P.L.L.C.**
ATTORNEYS AT LAW
WESTHILLS II OFFICE PARK
1800 COOPER POINT RD SW, BLDG 16
PO BOX 7846
OLYMPIA, WASHINGTON 98507-7846
FACSIMILE (360) 754-9268
OFFICE@YLCLAW.COM
**(360) 357-7791**