THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NW MONITORING LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN L. HOLLANDER, et al.<br><br>Defendants. | No. 3:20-cv-05572-RSM<br><br>SECOND STIPULATED MOTION AND ORDER REGARDING DISCOVERY AND FED. R. CIV. P. 26(f) DEADLINES<br><br>Noting Date: April 28, 2021 |

**SECOND STIPULATED MOTION REGARDING DISCOVERY
AND FED. R. CIV. P. 26(f) DEADLINES**

All Parties jointly file this Second Stipulated Motion Regarding Discovery and Fed. R. Civ. P. 26(f) Deadlines.

**BACKGROUND**

Plaintiff filed their Complaint (Dkt. 1) on June 16, 2020. On June 23, 2020, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement that set the deadline for the parties to conduct a Rule 26(f) conference as September 8, 2020; the deadline for initial disclosures as September 14, 2020; and the deadline for filing a Combined Joint Status Report under Rule 26(f) as September 21, 2020 (Dkt. 5).

SECOND STIP. MOTION AND ORDER
(NO. 3:20-CV-05572-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

152210869.1

On or around August 12, 2020, Defendants Jeffery D. Parkinson, 4319 Consulting, Inc., and the Marital Community of Parkinson (defendants Parkinson) filed a Motion to Dismiss the complaint (Dkt. 13).

On August 20, 2020, Defendants Susan L. Hollander and the Marital Community Comprised of Susan L. Hollander (defendants Hollander) filed a Motion for Partial Dismissal of Plaintiff's Complaint and joined in Defendant Parkinson's motion to dismiss (Dkt. 16).

On August 21, 2020, Defendant Charlene Wolfe (defendant Wolfe) filed a Joinder to the Motion to Dismiss and Partial Motion to Dismiss (Dkt. 17 and 18).

On September 8, 2020, pursuant to an agreed request of counsel in light of the pending motions to dismiss, the Court continued the deadlines 45 days.

On October 16, 2020, the Court granted the parties' Stipulated Motion and Order Regarding Discovery and Fed. R. Civ. P. 26(f) Deadlines (Dkt. 25). The Order set the following deadlines:

1. The deadline for the parties to conduct a Rule 26(f) conference shall be continued to the later of December 15, 2020, or fourteen (14) days after the Court issues a ruling on Defendants' Motions to Dismiss, if anything remains of the action at that time.
2. The deadline for the Defendants to file their respective Answers to the Complaint shall be twenty (20) days after the Court issues a ruling on Defendants' Motions to Dismiss.
3. The deadline for the parties to exchange initial disclosures shall be continued to seven (7) days after the continued Rule 26(f) conference deadline.
4. The deadline for the parties to submit a Joint Status Report to the Court shall be continued to fourteen (14) days after the continued Rule 26(f) deadline.

On April 15, 2021, the Court entered an Order granting in part and denying in part Defendants' motions to dismiss, and granted Plaintiff NW Monitoring LLC leave to amend its complaint within 21 days of the Order (Dkt. 26).

SECOND STIP. MOTION AND ORDER
(NO. 3:20-CV-05572-RSM) – 2

152210869.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Except as set forth above, no other pre-trial deadlines have been requested to date.

## MOTION

As currently set, the case schedule contemplates the parties conducting their Rule 26(f) conference, and Defendants filing their answers, prior to the deadline for Plaintiff to amend its complaint. For efficiency, and pursuant to Local Rule 7(d)(1), the parties jointly move that the Court enter an order as follows:

1. The deadline for the parties to conduct a Rule 26(f) conference shall be continued to fourteen (14) days after all Defendants have filed their Answers to the Complaint or Amended Complaint.

2. The deadline for the parties to exchange initial disclosures shall be continued to seven (7) days after the continued Rule 26(f) conference deadline.

3. The deadline for the parties to submit a Joint Status Report to the Court shall be continued to fourteen (14) days after the continued Rule 26(f) deadline.

DATED April 28, 2021.                YOUNGLOVE & COKER, P.L.L.C.


                                     s/Gregory M. Rhodes
                                     GREGORY M. RHODES, WSBA #33897
                                     Attorney for Defendant Wolfe

DATED April 28, 2021.                PERKINS COIE, LLP


                                     s/Christian W. Marcelo
                                     CHRISTIAN W. MARCELO, WSBA #51193
                                     DAVID A. PEREZ, WSBA #43959
                                     Attorneys for Defendants Parkinson and 4319
                                     Consulting, Inc.

SECOND STIP. MOTION AND ORDER
(NO. 3:20-CV-05572-RSM) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

152210869.1

| | | |
|---|---|---|
| DATED April 28, 2021. | | BEAN LAW GROUP |

s/Matthew J. Bean
MATTHEW J. BEAN, WSBA #23221
CODY FENTON-ROBERTSON, WSBA #47879
Attorneys for Defendants Hollander, M.D.

DATED April 28, 2021.    ZEHNDER LAW LLP

s/John E. Zehnder
JOHN E. ZEHNDER, WSBA #29440
JOSEPH P. ZEHNDER JR., WSBA #28404
Attorneys for Plaintiff NW Monitoring LLC

**ORDER**

Pursuant to Stipulated Motion, IT IS SO ORDERED.

DATED this 29th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

SECOND STIP. MOTION AND ORDER
(NO. 3:20-CV-05572-RSM) – 4

152210869.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 28, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record:

| | |
|---|---|
| John E. Zehnder, Jr., WSBA #29440<br>johnz@zehnderllp.com<br>Joseph P. Zehnder, WSBA #28404<br>joez@zehnderllp.com<br>Zehnder Law LLP<br>6625 Wagner Way NW, Suite 203<br>Gig Harbor, WA 98335<br>Phone: 253-235-3536<br>Fax: 253-276-6700<br><br>Attorneys for Plaintiff<br>NW Monitoring LLC | ☐ U.S. Mail<br>☐ E-Mail<br>☒ E-File<br>☐ Hand Delivery<br>☐ Overnight Delivery |
| Cody Fenton-Robertson, WSBA #47879<br>cody@beanlawgroup.com<br>Matthew J. Bean, WSBA #23221<br>matt@beanlawgroup.com<br>Bean Law Group<br>2200 Sixth Avenue, Suite 500<br>Seattle, WA 98121-1843<br>Phone: 206-522-0618<br>Fax: 206-524-3751<br><br>Attorneys for Defendant<br>Susan L. Hollander | ☐ U.S. Mail<br>☐ E-Mail<br>☒ E-File<br>☐ Hand Delivery<br>☐ Overnight Delivery |
| Gregory M. Rhodes, WSBA #33897<br>grhodes@ylclaw.com<br>Younglove & Coker<br>1800 Cooper PT RD SW, Suite 16<br>Olympia, WA 98507<br>Phone: 360-357-7791<br>Fax: 360 754-9268<br><br>Attorney for Defendant<br>Charlene Wolfe | ☐ U.S. Mail<br>☐ E-Mail<br>☒ E-File<br>☐ Hand Delivery<br>☐ Overnight Delivery |

CERTIFICATE OF SERVICE (NO. 3:20-CV-05572-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

152210869.1

DATED this 28th day of April, 2021.

*/s/ Christian W. Marcelo*
Christian W. Marcelo, WSBA No. 51193
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: CMarcelo@perkinscoie.com

Attorney for Defendants
JEFFERY PARKINSON and his
COMMUNITY PROPERTY, and 4319
CONSULTING, INC.

CERTIFICATE OF SERVICE (NO. 3:20-CV-05572-RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

152210869.1