THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| NW MONITORING LLC, a Delaware limited liability company,<br><br>    Plaintiff,<br>    v.<br><br>SUSAN L. HOLLANDER, et al.<br><br>    Defendants. | No. 3:20-cv-05572-RSM<br><br>STIPULATED MOTION AND ORDER TO STAY CASE SCHEDULE PENDING MEDIATION<br><br>Noting Date: June 14, 2021 |

**STIPULATED MOTION TO STAY PENDING MEDIATION**

All Parties jointly file this Stipulated Motion to Stay Case Schedule Pending Mediation.

### I.     BACKGROUND

On April 15, 2021, this Court granted in part and denied in part Defendants' Motions to Dismiss.

On April 29, 2021 this Court granted the parties' Stipulated Motion Regarding Discovery and Fed. R. Civ. P. 26(f) Deadlines (Dkt. No. 28), setting new discovery deadlines as follows:

1. The deadline for the parties to conduct a Rule 26(f) conference shall be continued to fourteen (14) days after all Defendants have filed their Answers to the Complaint or Amended Complaint.

STIP. MOTION AND ORDER TO STAY PENDING
MEDIATION
(NO. 3:20-CV-05572-RSM) – 1

152724217.1

2. The deadline for the parties to exchange initial disclosures shall be continued to seven (7) days after the continued Rule 26(f) conference deadline.

3. The deadline for the parties to submit a Joint Status Report to the Court shall be continued to fourteen (14) days after the continued Rule 26(f) deadline.

On May 20, 2021, Defendants filed their respective Answers to Plaintiff's Complaint. Dkt. Nos. 29, 31-32.

## II.   MOTION

The parties have conferred and jointly agree that early mediation may be beneficial to potentially resolve this matter. The parties thus jointly move this Court to enter an order staying these proceedings until the resolution of mediation as follows:

1. Plaintiff Northwest Monitoring LLC will, within thirty (30) days of this Order, provide Defendants with its settlement demand with computation of all damages. To the degree necessary, Plaintiff will provide the supporting documentation as to its claimed damages.

2. All parties will, within fourteen (14) days of this Order, provide the insurance information required to be disclosed by Fed. R. Civ. P. 26(a)(1)(iv).

3. The parties will participate in mediation as soon as reasonably practicable, and in any case, not later than one hundred and fifty (150) days of this Order.

4. Within fourteen (14) days after the conclusion of the mediation, the parties shall submit a joint status report regarding the outcome of the mediation.

5. Except as noted above, the current case schedule, including all Discovery and Fed. R. Civ. P. 26(f) deadlines, is hereby stayed.

STIP. MOTION AND ORDER TO STAY PENDING
MEDIATION
(NO. 3:20-CV-05572-RSM) – 2

152724217.1

DATED June 14, 2021.					YOUNGLOVE & COKER, P.L.L.C.

							s/Gregory M. Rhodes
							GREGORY M. RHODES, WSBA #33897
							Attorney for Defendant Wolfe

DATED June 14, 2021.					PERKINS COIE, LLP

							s/Christian W. Marcelo
							CHRISTIAN W. MARCELO, WSBA #51193
							DAVID A. PEREZ, WSBA #43959
							Attorneys for Defendants Parkinson and 4319
							Consulting, Inc.

DATED June 14, 2021.					BEAN LAW GROUP

							s/Matthew J. Bean
							MATTHEW J. BEAN, WSBA #23221
							CODY FENTON-ROBERTSON, WSBA #47879
							Attorneys for Defendants Hollander, M.D.

DATED June 14, 2021.					ZEHNDER LAW LLP

							s/John E. Zehnder
							JOHN E. ZEHNDER, WSBA #29440
							JOSEPH P. ZEHNDER JR., WSBA #28404
							Attorneys for Plaintiff NW Monitoring LLC

## ORDER

Pursuant to Stipulated Motion, IT IS SO ORDERED.

DATED this 15th day of June, 2021.

							RICARDO S. MARTINEZ
							CHIEF UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I certify under penalty of perjury that on June 14, 2021, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to attorneys of record for all parties.

DATED this 14th day of June, 2021.

*/s/ Christian W. Marcelo*
Christian W. Marcelo, WSBA No. 51193
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:   206.359.9000
E-mail:  CMarcelo@perkinscoie.com

Attorney for Defendants
JEFFERY PARKINSON and his
COMMUNITY PROPERTY, and 4319
CONSULTING, INC.