THE HONORABLE DAVID G. ESTUDILLO

# UNITED STATES DISTRICT COURT
# WESTER DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| NW MONITORING LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>SUSAN L. HOLLANDER, et al,<br><br>　　　　　　　Defendants. | Case No.: 3:20-CV-05572-DGE<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL** |

TO THE CLERK OF THE COURT:

　　Kindly withdraw the appearance of Cody Fenton-Robertson on behalf of Defendant Hollander, who as of this coming Friday, October 21, will no longer be associated with the law firm of Bean Law Group. Defendant Hollander will continue to be represented by Matthew J. Bean and his firm, Bean Law Group.

　　DATED the 18th day of October, 2022:

　　　　　　　　　　　　　　　　　*s/Cody Fenton-Robertson*
　　　　　　　　　　　　　　　　　Cody Fenton-Robertson, WSBA # 47879
　　　　　　　　　　　　　　　　　**Bean Law Group**
　　　　　　　　　　　　　　　　　2200 6th Ave, Suite 500
　　　　　　　　　　　　　　　　　Seattle, WA 98121
　　　　　　　　　　　　　　　　　Tele:　(206) 522-0618
　　　　　　　　　　　　　　　　　cody@beanlawgroup.com
　　　　　　　　　　　　　　　　　*Attorney for Susan Hollander, M.D.*

NOTICE OF WITHDRAWAL OF COUNSEL
3:20-cv-05572-RSM

1

**BEAN LAW GROUP**
2200 Sixth Ave, Suite 500
Seattle, WA 98121
(206) 522-0618